FILED
CLERK U.S. DISTRICT COURT
JUL 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br>10-1710-M-4<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _July 27_, _2010_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _FICK_, in Courtroom _341_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _7/22/10_

_____
U.S. District Judge/Magistrate Judge